1  Michael E. Sullivan, Esq. #5142
   Michael A. Burke, Esq., #11527
2  Hannah E. Winston, Esq. #14520
   **ROBISON, SHARP, SULLIVAN & BRUST**
3  71 Washington Street
   Reno, Nevada 89503
4  Email: msullivan@rssblaw.com
5          mburke@rssblaw.com
           hwinston@rssblaw.com
6  Telephone:   (775) 329-3151
   Facsimile:    (775) 329-7169
7  Attorneys for Defendant
8  COSTCO WHOLESALE CORPORATION

9

                    **UNITED STATES DISTRICT COURT**
10
                         **DISTRICT OF NEVADA**
11

12  MARIA SERRANO, an individual;           Case No.:
    ELMER APURA, an individual,
13                                           Second Judicial District Court
                          Plaintiffs,        Case No.:   CV21-00468
14
    vs.                                      **DEFENDANT COSTCO WHOLESALE**
15                                           **CORPORATION'S PETITION FOR**
    COSTCO WHOLESALE CORPORATION, a          **REMOVAL**
16  State of Washington Corporation; and DOES
    1-15, inclusive,
17
                          Defendant.
18  _____/

19

20        Defendant COSTCO WHOLESALE CORPORATION, a Foreign Corporation

21  ("Costco"), by and through its counsel of record, Michael E. Sullivan, Esq., Michael A.

22  Burke, Esq., and Hannah E. Winston, Esq., of the law offices of Robison, Sharp, Sullivan

23  & Brust submits this Petition for Removal of the above-captioned lawsuit entitled <u>MARIA</u>

24  <u>SERRANO, an individual; ELMER APURA, an individual vs. COSTCO WHOLESALE</u>

25  <u>CORPORATION, a State of Washington Corporation, and DOES 1-5, inclusive,</u> Case No.

26  CV21-00468, assigned to DEPT. NO. 3, in the Second Judicial District Court located in

27  Washoe County, Nevada ("State Court") to this Court pursuant to 28 U.S.C. §§1332(a),

28  1441, and 1446(b)(3).

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

## I.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS

1.    COSTCO was served with a copy of Plaintiffs MARIA SERRANO ("Serrano") and ELMER APURA ("Apura") State Court Summons and Complaint ("Complaint") on or about April 14, 2021.  Thus, this removal is timely because the 30-day period for filing the removal has not passed.  28 U.S.C. §1446(b).  Additionally, removal is timely because it is filed within one year from when Plaintiffs filed the original Complaint in the State Court action on or about March 17, 2021.

2.    Pursuant to 28 U.S.C. §1446(a), COSTCO has attached a true and correct copy of the Complaint filed March 17, 2021 as **EXHIBIT "1"**, and a true and correct copy of the Proof of Service Summons and Complaint file April 16, 2021 is attached as **EXHIBIT "2."**

3.    COSTCO has provided and served a copy of the Petition for Removal on Plaintiffs, MARIA SERRANO and ELMER APURA, through their counsel Kozak & Associates, LLC, and COSTCO will timely file a copy of the Petition for Removal with the Clerk of the Washoe County District Court as required by 28 U.S.C. §1446(d).

4.    COSTCO is informed and believes and hereon alleges that no other parties have appeared apart from itself and Plaintiffs.

5.    Removal from State Court to this Court is proper as this district embraces the place where the action is pending per 28 U.S.C. §1441(a).

## II.   BACKGROUND

6.    Plaintiffs have asserted in their Complaint two (2) causes of action for Negligence and Loss of Consortium against all Defendants arising out of an alleged personal injury which occurred in the Reno Costco warehouse. Plaintiff SERRANO slipped on water or another unknown substance and twisted her right ankle.

## III.   COMPLETE DIVERSITY OF CITIZENSHIP AS TO THE PARTIES

7.    COSTCO is informed and believes that Plaintiffs are citizens of Nevada.

8.    COSTCO is a corporation organized under the laws of the state of Washington and has its principal place of business in the State of Washington.

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1 | **IV.     AMOUNT IN CONTROVERSY**

2 |       9.     The amount in controversy in this action purportedly exceeds $75,000.  In

3 | the instant action, Plaintiffs sought unspecified damages in their Complaint for an alleged

4 | injury to Plaintiff SERRANO.  Counsel for Costco spoke with the paralegal for counsel for

5 | Plaintiffs, who confirmed that Plaintiff SERRANO's medical bills had not been completely

6 | provided but were expected to be in excess of $75,000 for the hospitalization and

7 | surgery(s) of Plaintiff SERRANO's right ankle and follow up care, as well as, the fact that

8 | Plaintiff SERRANO has missed two (2) years of work and is unable to work due to her

9 | injury that she is alleging was caused by Defendant Costco.  *See* **Exhibit "3"** (Declaration

10 | of Michael Sullivan, Esq.).  Thus, the alleged value of Plaintiffs' damages exceeds

11 | $75,000, exclusive of costs and interest.

12 |       DATED this ___ day of April, 2021.

13 |

14 |     ROBISON, SHARP, SULLIVAN & BRUST
    71 Washington Street

15 |     Reno, Nevada 89503

16 |

17 |     By:_____

18 |       MICHAEL E. SULLIVAN, ESQ.
      MICHAEL A. BURKE, ESQ.

19 |       HANNAH E. WINSTON, ESQ.
      Attorneys for Defendant

20 |       COSTCO WHOLESALE CORPORATION

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of **DEFENDANT COSTCO WHOLESALE CORPORATION'S PETITION FOR REMOVAL** on all parties to this action by the method(s) indicated below:

_____ by placing true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

     Charles R. Kozak, Esq.
     KOZAK & ASSOCIATES, LLC
     3100 Mill Street, Suite 115
     Reno, NV 89502

__XX__ by using the Court's CM/ECF Electronic Notification System addressed to:

     Charles R. Kozak, Esq.     chuck@KozakLawFirm.com

__XX__ by email addressed to:

     Charles R. Kozak, Esq.     chuck@KozakLawFirm.com

_____ by facsimile (fax) addressed to:

     Charles R. Kozak, Esq.     (775) 800-1767
     KOZAK & ASSOCIATES, LLC
     3100 Mill Street, Suite 115
     Reno, NV 89502

_____ by Federal Express/UPS or other overnight delivery addressed to:

DATED this _19th_ day of April, 2021

                               _____
                               Employee of Robison, Sharp, Sullivan & Brust

## EXHIBIT LIST

| Exhibit # | Description | Pages |
|-----------|-------------|-------|
| Exhibit "1" | Complaint | 7 |
| Exhibit "2" | Proof of Service Summons and Complaint | 6 |
| Exhibit "3" | Declaration of Michael E. Sullivan in Support of Costco Wholesale, Inc.'s Petition to Removal | 1 |
| Exhibit "4" | Civil Cover Sheet | 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

# EXHIBIT "1"

# EXHIBIT "1"

F I L E D
Electronically
CV21-00468
2021-03-17 04:48:45 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 8348583 : yviloria

Code: $1425
CHARLES R. KOZAK, ESQ.
State Bar No.11179
Kozak & Associates, LLC
3100 Mill Street, Ste. 115
Reno, Nevada 89502
Tel: (775) 322-1239
Fax: (775) 800-1767
Email: Chuck@KozakLawFirm.com
*Attorney for Plaintiff*

## IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR STATE OF NEVADA

| | |
|---|---|
| MARIA SERRANO, an individual;<br>ELMER APURA, an individual, | Case No.: |
| | Dept. No.: |
| Plaintiffs, | |
| vs. | COMPLAINT: 1. Negligence<br>2. Loss of Consortium |
| COSTCO WHOLESALE CORPORATION,<br>a State of Washington Corporation;<br>and DOES 1-5, inclusive, | |
| Defendant. | |

## COMPLAINT

**COMES NOW** the Plaintiff, MARIA SERRANO, an individual, and ELMER

APURA, an individual, by and through their attorney of record, CHARLES R. KOZAK, ESQ.,

and hereby respectfully files his Complaint in the above-captioned matter against Defendant,

COSTCO WHOLESALE CORPORATION a State of Washington Corporation; and DOES 1

through 5, inclusive, and in support thereof states as follows:

### I.    PARTIES

1.    Plaintiff, MARIA SERRANO (hereinafter "Plaintiff"), at material times hereto

was and continues to be a resident of Reno, County of Washoe, State of Nevada.

1

2.  Plaintiff, ELMER APURA (hereinafter "Apura"), at material times hereto was and continues to be a resident of Reno, County of Washoe, State of Nevada.

3. The Plaintiff is informed and believes, and upon such information and belief alleges Defendant, COSTCO WHOLESALE CORPORATION (hereinafter "Costco"), at all material times to the factual situation giving rise to the current complaint is a business incorporated in the State of Washington, who lawfully and regularly conducts business in the State of Nevada.

4.  The true names and capacities, whether individual, corporate, associate, co-partnership, or otherwise of Defendant Does 1- through 5 are unknown to Plaintiff, who therefore, sues said Defendants by such fictitious names.  Plaintiff is informed and believes and therefore, alleges that each of these fictitiously named Defendants are responsible in some manner for the occurrences and events referred to in this action and proximately caused the damages to Plaintiff as alleged herein.  Plaintiff requests leave of this Court to amend the Complaint to insert the true names and capacities of said Doe Defendant, when same have been ascertained, to join such Doe Defendants in this action and assert the appropriate charging allegations.

## II. JURISDICTION AND VENUE

6.  The damages sought in this case exceed Fifteen Thousand Dollars ($15,000.00), and therefore, the Second Judicial District Court of the State of Nevada, in and for the County of Washoe, has jurisdiction of this case.

7.  Defendant Costco is a State of Washington Corporation who lawfully and regularly conducts business in the State of Nevada.

8.  Therefore, both jurisdiction and venue are properly with and in the Second Judicial District Court of the State of Nevada and in for the County of Washoe.

///

2

### III. STATEMENT OF FACTS

9.      On April 1, 2019, Plaintiff was in the condiment area of the snack bar at the Costco store located at 2200 Harvard Way, Reno, Nevada, when she slipped on water or another unknown substance.

10.     As she slipped, Plaintiff was able to stop herself from falling to the floor; however, she did severely twist her ankle.

11.     Plaintiff immediately took a seat in the snack bar seating area because her ankle began throbbing with pain.

12.     Plaintiff then began to walk towards the customer service area to report her injury, on her way there, she noticed a substantial amount of water on the floor, the water went from the snack bar seating area toward the exit door.

13.     Plaintiff reported her injury to the Costco customer service agent who advised her to file an accident report with the store manager. The Costco customer service agent then took pictures of the standing water and then began cleaning up the water.

14.     Plaintiff returned to the seating area where a Costco store manager brought her a form to fill out regarding her fall.

15.     The Costco manager asked Plaintiff if she wanted to go to the hospital, but she declined as she thought the pain would go away after a little while.

16.     Plaintiff had a job interview scheduled for later that day with Chewy, but she had to cancel it due to the pain in her right ankle.

17.     After two days, Plaintiffs pain was increasing, and her ankle was beginning to swell.

18.     Plaintiff was then seen at Renown hospital emergency room with pain and swelling in her right ankle.

19.     Plaintiff had pain radiating up her entire leg with decreased sensation in her toes.

20.     Plaintiff was treated for sprain of right ankle and unspecified ligament damage.

21.     Plaintiff was fitted with a boot and sent home.

22.     Plaintiff was advised to begin physical therapy; however, she was unable to continue therapy because it increased the pain and swelling in her right ankle.

23.     The physical therapist advised patient that she needed to return to her doctor and let them know that her sprained ankle may be worse than originally diagnosed.

24.     Plaintiffs follow-up visit with her physician indicated that Plaintiff had moderate-sized plantar calcaneal spur, small tibiotalar joint effusion, partial tear of the anterior talofibular ligament from the talus, a partially torn calcaneofibular ligament and retracted proximally.

25.     Following this visit, the physician advised Plaintiff to consult with a surgeon, Dr. Lundeen.

26.     Dr. Lundeen advised Plaintiff that she would need to have surgery on her ankle to repair the ligaments.

27.     Plaintiffs diabetic APRN, Beth Seibert, asked Plaintiff to hold off on surgery because it could potentially be harmful for Plaintiff due to an increased risk of infection caused by her diabetes. Ms. Seibert suggested that Plaintiff  wait until her A1C level went down to 8 or 7.

28.     On or about mid to late April 2019, Plaintiff was contacted by Jamaal H. Johnson of Gallagher Bassett Services, Inc., who informed Plaintiff that they were investigating her accident. Mr. Johnson admitted to Plaintiff that he saw her slip and that he

saw a "wet spot" on the floor when he viewed the CCTV video from Costco. Mr. Johnson further admitted that Costco was negligent.

29.     Shortly after these conversations, Plaintiffs claim was transferred to a new resolution manager who then denied Costco's responsibility.

30.     While waiting on her A1C levels to go down, Plaintiff was unable to wear closed toe shoes, stand on her foot any significant period of time, and had to have her foot raised up to prevent swelling while she was seated.

31.     As a result of these issues, Plaintiff was unable to return to work due to her inability to wear shoes or stand for long periods of time.

32.     Plaintiff suffered from server pain, depression, anxiety, and financial hardship for nearly two years. Plaintiff continues to suffer from pain, depression, anxiety, and financial hardship.

33.      Plaintiff finally had surgery on her ankle on February 1, 2021 and is currently being seen by a physical therapist.

## IV.  CAUSES OF ACTION

### First Cause of Action- Negligence

34.     The foregoing allegations are incorporated as this point as though fully set forth in detail.

35.     Defendants owed a duty of care to Plaintiff and other patrons of Costco to provide a safe environment, including keeping their floor clean and dry;

33.     Defendants breached that duty, by failing to monitor and maintain a high traffic area that is prone to spills and other debris.

5

37.     Costco's breach of duty was the cause of Plaintiff's injuries. Plaintiff has suffered, and will continue to suffer in the future, serious physical, emotional, and financial injuries.

38.     As a direct and proximate result of the negligent acts of the Costco, Plaintiff has suffered, and will continue to suffer in the future, serious physical, emotional, and financial injuries, all to her general damage in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

Sadler v. PacifiCare of Nev., 40 P.3d 1264 (Nev. 2014; DeBoer v. Sr. Bridges of Sparks Fam. Hosp., 282 P.3d 727 (Nev. 2012); Scialabba v. Brandise Construction Co., 112 Nev. 965, 921 P.2d 928 (1996).

39.     By allowing water to gather on the floor, Costco allowed a dangerous condition to occur on its premises.

40.     Considering that the dangerous condition existed in a high traffic area where customers routinely consume beverages, often spilling those beverages, Costco knew or should have known about the dangerous conditions.

41.      There can be no denying that the dangerous conditions, excessive water/liquid on the floor of the snack bar seating area, caused Plaintiffs injuries.

**Second Cause of Action- Loss of Consortium**

42.     The foregoing allegations are incorporated as this point as though fully set forth in detail.

43.     Plaintiff and Apura are in a valid and lawful marriage.

44.     As a direct and proximate result of the negligent acts of the Costco, Plaintiff has suffered.

45.     Apura has been injured by his wife's lack of love, companionship, affection, society, sexual relations, solace, and ability to assistance with taking care of their two minor children.

45.     Apura's loss of consortium is a direct result of Costco's negligence.

## V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff MARIA SERRANO and ELMER APURA pray for Judgment against Costco, as follows:

1.  For compensatory damages, including but not limited to, medical bills, lost wages, future earnings, pain and suffering, emotional distress, inconvenience, physical impairment, loss of enjoyment of life, and "general" losses in an amount to be proven at trial;

2.  For costs of suit, and;

3.  For such other and further relief as this Court deems just and proper.

**Pursuant to NRS 239B.030, the undersigned certifies that this document does not contain a Social Security number.**

DATED this 17th day of March 2021.          Respectfully Submitted,

By:  /s/ Charles R. Kozak, Esq.
       CHARLES R. KOZAK, ESQ.
       Nevada State Bar #11179
       3100 Mill Street, Ste. 115
       Reno, Nevada 89502
       Telephone: (775) 322-1239
       Facsimile:  (775) 800-1867
       Email:  chuck@kozaklawfirm.com
       *Attorney for Plaintiff*

# EXHIBIT "2"

# EXHIBIT "2"

FILED
Electronically
CV21-00468
2021-04-16 11:18:18 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 8398877

Code: 3720
CHARLES R. KOZAK, ESQ.
State Bar No.11179
Kozak & Associates, LLC
3100 Mill Street, Ste. 115
Reno, Nevada 89502
Tel: (775) 322-1239
Fax: (775) 800-1767
Email: Chuck@KozakLawFirm.com
*Attorney for Plaintiff*

**IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR STATE OF NEVADA**

| | |
|---|---|
| MARIA SERRANO, an individual;<br>ELMER APURA, an individual, | Case No.: CV21-00468 |
| Plaintiffs, | Dept. No.: 3 |
| vs. | |
| COSTCO WHOLESALE CORPORATION,<br>a State of Washington Corporation;<br>and DOES 1-5, inclusive,<br>Defendant. | |

**PROOF OF SERVCIE SUMMONS AND COMPLAINT**

PLEASE TAKE NOTICE that the Summons and Complaint were served pursuant to

NRS 4, in the above-entitled matter as follows: COSTCO WHOLESALE CORP. was served

on April 14, 2021 at 999 Lake Drive, Issaquah, Washington 98027-8990 by Colter Norris an

employee of One Hour Legal. (See Exhibit 1).

**Pursuant to NRS 239B.030, the undersigned certifies that this document does not contain a
Social Security number.**

DATED this 16th day of April 2021.           KOZAK & ASSOCIATES, LLC.

                                             /s/ Charles R. Kozak, Esq.
                                             CHARLES R. KOZAK, ESQ.
                                             *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

2

I certify that I am an employee of Kozak & Associates, LLC.; that on the 16th of March

3

2021, I deposited a true and correct copy of the forgoing, with postage prepaid, with the United

4

States Postal System in Reno, Nevada, addressed as follows:

5

6

COSTCO WHOLESALE CORP.
999 Lake Drive
Issaquah, Washington 98027-8990

7

8

9

/s/ Dedra Sonne
Dedra Sonne
Employee of Kozak & Associates, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT LIST

| Exhibit No. | Document | No. Pages |
|:---:|:---|:---:|
| 1 | Affidavit of Service | 3 |

F I L E D
Electronically
CV21-00468
2021-04-16 11:18:18 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 8398877

# EXHIBIT 1

# EXHIBIT 1

IN THE JUSTICE OF COURT OF TOWNSHIP
WASHOE, STATE OF NEVADA

| | |
|---|---|
| MARIA SERRANO, AN INDIVIDUAL, ET AL.,<br>Plaintiff(s), | CASE NO:   CV21-00468<br>DEPT NO: |
| VS. | |
| COSTCO WHOLESALE CORPORATION, A<br>STATE OF WASHINGTON CORPORATION,<br>Defendant(s), | AFFIDAVIT OF SERVICE |

STATE OF NEVADA
} ss.
COUNTY OF WASHOE

**COLTER NORRIS**, being duly sworn, or under penalty of perjury, states that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceedings in which this Affidavit is made. That Affiant received a copy of the following document: **SUMMONS; COMPLAINT** On 4/14/2021 and served on this same date of 4/14/2021 by:

**(Affiant must complete the appropriate paragraph)**

1. Delivering and leaving a copy with Defendant _____ at (state address)

2. Serving Defendant COSTCO WHOLESALE CORPORATION, A STATE OF WASHINGTON CORPORATION by personally delivering and leaving a copy with **STEPHANIE GARDNER - EXECUTIVE LEGAL ASSISTANT**, a person of suitable age and discretion residing at Defendant's usual place ofabode located at 999 Lake Dr, Issaquah, WA 980276990

3. Personally depositing a copy in a mailbox of the United States Post Office, enclosed in a sealed envelope, postage prepaid, certified or registered mail, return receipt requested, addressed to Defendant at:

(For valid service a copy of the signed return receipt must be attached hereto.)

SUBSCRIBED AND SWORN to before me on

15 April 2021          *Kody Norris*

NOTARY PUBLIC in and for the
County of Clar , State of ~~Nevada~~  WA

My Commision Expires: ~~4/0/2015~~
6/23/2021

Date: April 15, 2021

_____
(Server Signature)

Order#: 7397/NVPRF411

| Attorney or Party without Attorney:<br>CHARLES R. KOZAK, ESQ.<br>KOZAK & ASSOCIATES, LLC<br>3100 MILL STREET STE. 115<br>RENO, NV 89502<br>TELEPHONE No.: (775) 322-1239        FAX No. (Optional):<br>E-MAIL ADDRESS (Optional):<br>Attorney for: MARIA SERRANO, AN INDIVIDUAL, ET AL. | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE -

Plaintiff: MARIA SERRANO, AN INDIVIDUAL, ET AL.

Defendant: COSTCO WHOLESALE CORPORATION, A STATE OF WASHINGTON
CORPORATION

| **PROOF OF SERVICE<br>BY MAIL** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV21-00468 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS; COMPLAINT;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WALNUT CREEK, California, addressed as  follows:

    a. Date of Mailing:        April 14, 2021

    b. Place of Mailing:       WALNUT CREEK, CA

    c. Addressed as follows:    COSTCO WHOLESALE CORPORATION, A STATE OF WASHINGTON
                               CORPORATION
                               999 Lake Dr
                               Issaquah, WA 98027-8990

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WALNUT CREEK, California in the ordinary course of  business.

Fee for Service: **$ 155.00**
    County:
     Registration:
**ONE HOUR LEGAL**
2920 CAMINO DIABLO
WALNUT CREEK, CA 94597
(925) 947-3470

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 14, 2021.**

Signature: _____
                          PETER HOUSE

**PROOF OF SERVICE BY MAIL**

Order#: 7397/mailproof

# EXHIBIT "3"

# EXHIBIT "3"

## DECLARATION OF MICHAEL E. SULLIVAN IN SUPPORT OF COSTCO WHOLESALE, INC.'S PETITION FOR REMOVAL

I, MICHAEL E. SULLIVAN, hereby declare and say under penalty of perjury as follows:

1.     I am an attorney at law licensed to practice in the State of Nevada and represent the Defendant Costco Wholesale Corporation, Inc. ("Costco").

2.     I make the instant declaration in support of Defendant Costco's Petition for Removal.

3.     Plaintiffs sought unspecified damages in their Complaint for Plaintiff Maria Serrano's alleged injury.  However, I spoke with Plaintiffs' counsel's paralegal on or about April 15, 2021 who confirmed that she believed Plaintiff's medical bills were unknown, but could be in excess of $75,000, plus Plaintiff Maria Serrano is undergoing follow up care. I was told Plaintiff Serrano was seeking unspecified damages for lost wages and pain and suffering in excess of $75,000, plus a loss of consortium claim for Plaintiff Elmer Apura. I was advised that Plaintiff Maria Serrano has missed tow (2) years of work due to her injury that she claims happened at Costco, Reno. Thus, according to Plaintiffs, the alleged value of their damages exceeds $75,000, exclusive of costs and interest.

DATED this ___ day of April, 2021

_____

MICHAEL E. SULLIVAN

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

EXHIBIT "4"

EXHIBIT "4"

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

MARIA SERRANO and ELMER APURA

### DEFENDANTS

COSTCO WHOLESALE CORPORATION, a State of Washington Corporation; and DOES 1-15

**(b)** County of Residence of First Listed Plaintiff   WASHOE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Washington
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Charles R. Kozak, Esq., 3100 Mill Street, Suite 115, Reno, NV 89502
(775) 322-1239

Attorneys *(If Known)*
Michael E. Sullivan, Esq, and Hannah E. Winston, Esq.
Robison, Sharp, Sullivan & Brust, 71 Washington Street
Reno, NV 89503, (775) 329-3151

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
|  |  | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§1332(a), 1441, and 1446(b)(3)

Brief description of cause:
Personal Injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE   4-19-21

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____