UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA SERRANO; and ELMER APURA,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br>COSTCO WHOLESALE CORPORATION,<br>　　　　　　　　　Defendant. | Case No. 3:21-cv-00182-HDM-CLB<br><br>ORDER |

In light of the representations of the parties in their joint interim status report filed February 13, 2022, (ECF No. 20), this matter is hereby referred to the magistrate judge for the purposes of conducting a settlement conference at a date and time convenient to the parties and the court.

IT IS SO ORDERED.

DATED: This 24th day of February, 2022.

　　　　　　　　　　　　　　　_/s/ Howard D. McKibben_
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE