**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MARIA SERRANO, *et al.,* | Case No. 3:21-CV-00182-MMD-CLB |
| Plaintiffs, | **ORDER ACKNOWLEDGING RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | [ECF No. 32] |
| COSTCO WHOLESALE CORPORATION, *et al.,* | |
| Defendants. | |

Attorney for Plaintiffs, Charles R. Kozak, Esq. ("Kozak"), responded to the Court's Order to Show Cause why he should not be sanctioned for failure to follow a Court order pursuant to LR IA 11-8(e). (ECF No. 32.)  The Court acknowledges Kozak's candor and apology in the response as well as his agreement with opposing counsel regarding attorney's fees. (*Id.*) Therefore, no further action will be taken on the Order to Show Cause.

**DATED**:  May 10, 2022      .

**UNITED STATES MAGISTRATE JUDGE**