Michael E. Sullivan, Esq. #5142
Michael A. Burke, Esq., #11527
Hannah E. Winston, Esq. #14520
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Email: msullivan@rssblaw.com
       mburke@rssblaw.com
       hwinston@rssblaw.com
Telephone:   (775) 329-3151
Facsimile:   (775) 329-7169
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA SERRANO, an individual; ELMER APURA, an individual, | Case No.: 3:21-cv-00182-HDM-CLB |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a State of Washington Corporation; and DOES 1-15, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiffs MARIA SERRANO and ELMER APURA and Defendant COSTCO WHOLESALE CORPORATION, that the entire above referenced case be dismissed with prejudice, with all the Parties to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

Dated this ____ day of January, 2023.

KOZAK & ASSOCIATES, LLC.

_____
CHARLES R. KOZAK, ESQ.
State Bar No.11179
3100 Mill Street, Ste. 115
Reno, Nevada 89502
Tel: (775) 322-1239
Fax: (775) 800-1767
Email: Chuck@KozakLawFirm.com
*Attorney for Plaintiffs*

Dated this 12th day of January, 2023.

ROBISON, SHARP, SULLIVAN & BURST

_____
MICHAEL E. SULLIVAN, ESQ.
State Bar No. 5142
71 Washington Street
Reno, Nevada 89503
Tel: (775) 329-3151
Email: msullivan@rssblaw.com
*Attorney for Defendant*

**IT IS SO ORDERED.**

Dated this 18th day of January, 2023.

_____
Chief U.S. District Judge